UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shahab Kazemzadeh,<br><br>    Petitioner<br><br>v.<br><br>United States of America, et al.,<br><br>    Respondents | Case No. 2:25-cv-01941-JAD-NJK<br><br>**Order Granting IFP Application, Denying Motion for Appointment of Counsel, and Directing Service of the Petition**<br><br>[ECF Nos. 1, 1-1, 1-2] |

Petitioner Shahab Kazemzadeh, an immigration detainee, has filed a petition for federal habeas corpus relief under 28 U.S.C. § 2241, an application to proceed *in forma pauperis* ("IFP"), and a motion for appointment of counsel.[1] First, I find that good cause exists to grant Kazemzadeh's application to proceed IFP. Second, I deny Kazemzadeh's motion because the interests of justice do not require the appointment of counsel given that the petition is clear, thorough, and not especially complex.[2] And third, following a preliminary review of the petition under the Rules Governing Section 2254 Cases,[3] I direct that the petition be served on respondents.

IT IS THEREFORE ORDERED that the motion to proceed IFP **(ECF No. 1) is granted**.

IT IS FURTHER ORDERED that **the motion for appointment of counsel (ECF No. 1-2) is denied.**

IT IS FURTHER ORDERED that the Clerk of the Court is directed to:

---

[1] ECF Nos. 1, 1-1, 1-2.

[2] *See* 18 U.S.C. § 3006A(a)(2)(B).

[3] I exercise my discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. Habeas Rule 1(b).

1. **DELIVER** a copy of the petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1-1) and this Order to the United States Attorney for the District of Nevada, at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1-1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

   - Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
   - Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530
   - Patrick J. Lechleitner, ICE Deputy Director, 500 12th Street SW, Washington, DC 20536
   - Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096
   - John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060
   - Kerri Ann Quihuis, 501 South Las Vegas Blvd., Suite 1000, Las Vegas, NV 89101

IT IS FURTHER ORDERED that **the U.S. Marshal must <u>SERVE</u> a copy of the petition** (ECF No. 1-1) **and this order** on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for the respondents must file a notice of appearance within 7 days of the date of this order and file a response to the petition within 14 days of the date of this order.

IT IS FURTHER ORDERED that Kazemzadeh has 7 days following the filing of the response to file a reply, if desired.

Dated: October 14, 2025

_____
U.S. District Judge Jennifer A. Dorsey